UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SCOTT GRAUMAN, individually and on
behalf of all others similarly situated,

                Plaintiff,                          JUDGMENT

     v.

                                                  21-CV-06197 (MKB)

EQUIFAX INFORMATION SERVICES, LLC,

                Defendant.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on March 31, 2023, granting Defendant's motion to dismiss; dismissing Plaintiff's FCRA claim without prejudice; granting leave to file a second amended complaint within 30 days; and an Order having been filed on January 24, 2024, directing the Clerk of Court to enter judgment and close this case; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that this case is closed.

Dated: Brooklyn, New York                                                Brenna B. Mahoney
       January 26, 2024                                                   Clerk of Court

                                                                     By:    */s/Jalitza Poveda*
                                                                               Deputy Clerk